# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLORADO

| | |
|---|---|
| SUREKHA PATEL, | ) ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 1:18-cv-00394 |
| v. | ) ) ) |
| BILL BARRETT CORPORATION, JIM W. MOGG, R. SCOT WOODALL, WILLIAM F. OWENS, EDMUND P. SEGNER, RANDY I. STEIN, AND MICHAEL E. WILEY, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Surekha Patel ("Plaintiff") voluntarily dismisses the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DATED: March 14, 2018

Respectfully submitted,

*/s/ Brian D. Stewart*
Brian D. Stewart
**LEVI & KORSINSKY LLP**
1101 30th Street, N.W., Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
FAX: (202) 333-2121
Email: bstewart@zlk.com

*Counsel for Plaintiff*